Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Cortland Energy, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 4 7 – 5 4 5 1 6 3 4 |

4. **Debtor's address**

**Principal place of business**

3701 Kirby Drive
Number        Street

Houston, TX 77098
City                  State    ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

_____
Number        Street

P.O. Box _____

_____
City                  State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City                  State    ZIP Code

5. **Debtor's website (URL)** _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   Cortland Energy, LLC            Case number *(if known)*_____
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                                    MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                                                    MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>       District _____ When _____<br>                                                    MM / DD / YYYY<br>       Case number, if known _____ |

Debtor   Cortland Energy, LLC   Case number *(if known)* _____
       Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this* district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number   Street<br>_____<br>City   State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15.** | **Estimated assets** | ☐ $0-$50,000    ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor __Cortland Energy, LLC_____  Case number *(if known)*_____
        Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/01/2021__
           MM/ DD/ YYYY

X __/s/ Stephen Murphy_____  Printed name __Stephen Murphy__
Signature of authorized representative of debtor

Title __Managing Member__

**18. Signature of attorney**

X __/s/ Susan Tran Adams_____  Date __12/01/2021__
Signature of attorney for debtor     MM/ DD/ YYYY

__Susan Tran Adams__
Printed name

__TRAN SINGH, LLP__
Firm name

__2502 La Branch St.__
Number     Street

__Houston__     __TX__     __77004__
City     State     ZIP Code

_____     __stran@ts-llp.com__
Contact phone     Email address

__24075648__     __TX__
Bar number     State

Absolute Pipeline Integrity, LLC
PO Box 630
Carthage, TX 75633

Coyote Logistics
2545 W. Diversey Ave., 3rd Floor
Chicago, IL 60647

Directv, LLC
PO Box 105249
Atlanta, GA 30348-5249

Gas Equipment Company, Inc.
11510 N. Petro Park
Houston, TX 77041

Gas Innovations
18005 E HWY 225
La Porte, TX 77571

Hodges Welding Supply Inc.
1008 E Jackson St
El Campo, TX 77437

Keith Kelley
3701 Kirby Dr. Ste 1030
Houston, TX 77098

Lamesa Properties Limited
3701 Kirby Dr. Ste 1030
Houston, TX 77098

LeRoy Melcher
3262 Westheimer Rd. No. 222
Houston, TX 77098

Melcher Group Exempt Trust
3262 Westheimer Rd. No. 222
Houston, TX 77098

Mike Jaco Insurance Agency, Inc.
2616 S. Loop West Ste 525
Houston, TX 77054

Non Typical Pipeline LLC.
PO Box 1849
Cleveland, TX 77328

Patriot Freight Group, LLC
139 Cypresswood Dr #202
Spring, TX 77388

Pearl Switch LLC
3262 Westheimer, No. 222
Houston, TX 77098

Rotarex Group, Inc. North America
101 Bilby Rd Ste B
Hackettstown, NJ 07840

Rylan B Murphy
3130 Plumb Street
Houston, TX 77005

Saia Motor Freight Line, LLC
PO Box 730532
Dallas, TX 75373-0532

Schneider Transport
3101 South Packerland Dr.
Pearland, TX 77584

SMS Precision Tech
22955 State Hwy 249, Ste 37
77375

Texas Mutual
PO BOX 12058
78711-2058

Total Quality Logistics, LLC
PO Box 799
Milford, OH 45150

Unifirst Corporation
1201 N. John Stockbauer Dr
Victoria, TX 77901

Wharton County Tax A/C -
Grace Utley
PO Box 189
Wharton, TX 77488

Woomera Energy, LLC
3262 Westheimer Rd. No. 222
Houston, TX 77098

Worthington Cylinder
Corporation
200 Old Wilson Bridge Rd
Columbus, OH 43085


XPO Logistics Freight, Inc
29559 Network Place
Chicago, IL 60673-1559

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **Cortland Energy, LLC**   CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/01/2021   Signature  /s/ Stephen Murphy
                              Stephen Murphy, Managing Member

# United States Bankruptcy Court
## Southern District of Texas

In re  **Cortland Energy, LLC**                              Case No.
                           Debtor(s)                          Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Cortland Energy, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**12/01/2021**                          **/s/ Susan Tran Adams**
Date                                    **Susan Tran Adams**
                                        Signature of Attorney or Litigant
                                        Counsel for   **Cortland Energy, LLC**
                                        **Bar Number: 24075648**
                                        **TRAN SINGH, LLP**
                                        **2502 La Branch St.**
                                        **Houston, TX 77004**
                                        **Phone: (832) 975-7300**
                                        **Email: stran@ts-llp.com**

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **Cortland Energy, LLC**  CHAPTER  **11**

DEBTOR(S)  CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Huan Nguyen** <br> 7918 Scherzo Lane <br> Houston, TX 77005 | member | | 33.33% ownership |
| **Stephen Murphy** <br> 2628 Pittsburgh St <br> Houston, TX 77005 | member | | 23.33% ownership |
| **C Leroy Melcher** <br> 3262 Westheimer No 222 <br> Houston, TX 77098 | member | | 22.71% ownership |
| **Pittsburgh 2017 Trust** <br> 3262 Westheimer No 222 <br> Houston, TX 77098 | member | | 10.00% ownership |
| **Melcher Group Exempt Trust** <br> 3262 Westheimer No 222 <br> Houston, TX 77098 | member | | 7.00% ownership |
| **Pearl Switch LLC** <br> 3262 Westheimer No 222 <br> Houston, TX 77098 | member | | 4.17% ownership |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Managing Member**_____ of the _____**Public Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **12/01/2021**   Signature: /s/ Stephen Murphy
*Stephen Murphy, Managing Member*